# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-15-00060-CR
_____

### MICHAEL WAYNE OSBORNE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

_____

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 14-20537**

_____

### MEMORANDUM OPINION

On January 12, 2015, the trial court sentenced Michael Wayne Osborne on a conviction for burglary of a building. Osborne filed a notice of appeal on February 3, 2015. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On February 3, 2015, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. The appellant filed a

response but failed to establish that the trial court's certification should be amended. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.


_____
STEVE McKEITHEN
Chief Justice


Submitted on March 3, 2015
Opinion Delivered March 4, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.